

# NUMBER 13-22-00503-CV

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI – EDINBURG

## IN THE MATTER OF G.A.T.

**On appeal from the 377th District Court
of Victoria County, Texas.**

## MEMORANDUM OPINION

**Before Chief Justice Contreras and Justices Silva and Peña
Memorandum Opinion by Justice Silva**

On October 17, 2022, appellant filed a notice of appeal attempting to appeal a transfer of appellant's determinate sentence probation to the appropriate district court pursuant to 54.051(d) of the Texas Family Code *See* TEX. FAM. CODE ANN. § 54.051(d). On October 27, 2022, the Clerk of the Court notified appellant that it appeared appellant was attempting to appeal an order that was not appealable. On March 14, 2023, after appellant failed to respond to the clerk's notice, the matter was abated to the trial court.

The trial court was ordered to determine whether appellant wished to pursue his appeal and whether appellant had effectively abandoned his appeal, among other things.

Upon review of the supplemental clerk's record submitted on March 30, 2023, the trial court found appellant is unable to legally pursue his appeal and in the alterative the appeal is abandoned. Furthermore, counsel for appellant moved the trial court to withdraw the subject appeal.

Appellant has abandoned his appeal and has not responded to the notices from the Clerk of the Court requiring a response or other action within the time specified; accordingly, the matter is reinstated, and the appeal is dismissed for want of prosecution. *See* TEX. R. APP. P. 42.3(b), (c).

CLARISSA SILVA
Justice

Delivered and filed on the
18th day of May, 2023.

2